IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CAROLINE PAULA MORE,

    Plaintiff,

v.

LAFAYETTE COUNTY, MEMORIAL HOSPITAL OF LAFAYETTE COUNTY, JACK SAUER, DEPUTY LOEFFELHOLZ, DEPUTY GILL, SHERIFF PEDLEY, SHERIFF'S DEPARTMENT OF LAYFAYETTE COUNTY, TELLURIAN, UCAN INC., KEVIN FLOREK, DOCTOR WOODRUFF, DOCTOR SARINO, WINNEBAGO MENTAL HEALTH INSTITUTE IN WISCONSIN, BRAD SHIMEL, STATE OF WISCONSIN JUSTICE DEPARTMENT, SCOTT WALKER, and THE STATE OF WISCONSIN,

    Defendants.

JUDGMENT IN A CIVIL CASE

17-cv-273-jdp

---

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor defendants dismissing this case.

| /s/ | 10/30/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |